UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO: 2:20-cv-14207-SMM

JERMAINE NATTOO and
ROSE VOLTAIRE, on behalf of themselves
and all others similarly situated,

    Plaintiffs,

vs.

TPUSA-FHCS, INC., (d/b/a)
Teleperformance USA and TPUSA, INC.,
(d/b/a) Teleperformance USA

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

    Plaintiff, Jermaine Nattoo, and Plaintiff Rose Voltaire, on behalf of themselves and those similarly situated ("Plaintiffs"), and Defendants, TPUSA-FHCS, Inc. d/b/a Teleperformance ("Defendant")(collectively, "Parties") by and through their undersigned counsel, hereby notify this Court that the Parties have reached a resolution in this case.

    The Parties are in the process of finalizing the Settlement documents and anticipate filing same with the Court within the next forty-five (45) days.

    Dated this 25th day of January 2023

Respectfully submitted,

| | |
|---|---|
| */s/ Noah E. Storch* | */s/ Sarah J. Lis* |
| Noah E. Storch | Eric A. Gordon |
| Florida Bar No. 85476 | Florida Bar No. 071341 |
| Cellar Legal, P.A. | Melissa S. Zinkil |
| 10368 West State Road 84, Suite 103 | Florida Bar No. 0653713 |
| Davie, FL 33324 | AKERMAN LLP |
| Telephone: (866) 344-9243 | 777 South Flagler Drive, |
| Email: noah@floridaovertimelawyer.com | Suite 1100, West Tower |

*Attorney for Plaintiffs*

West Palm Beach, FL  33401
Telephone: (561) 653-5000
Facsimile: (561) 659-6313
Email:  eric.gordon@akerman.com
Email:  melissa.zinkil@akerman.com

and

Sarah J. Lis, Esq.
Florida Bar No. 70747
AKERMAN LLP
201 E. Las Olas Blvd., Suite 1800
Ft. Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile:  (954) 463-2224
Email:  sarah.lis@akerman.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel and parties identified on the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Noah E. Storch*
Noah E. Storch, Esq.