UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-14207-MAYNARD

JERMAINE NATTOO and
ROSE VOLTAIRE, on behalf of themselves
and all others similarly situated,

    Plaintiffs,

v.

TPUSA-FHCS, INC. d/b/a
Teleperformance USA, and
TPUSA, INC. d/b/a Teleperformance USA,

    Defendants.
_____/

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF THE COLLECTIVE ACTION SETTLEMENT AND PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES AND COSTS [DE 116]

**THIS CAUSE** is before me upon the parties' Joint Motion for Approval of the Collective Action Settlement and Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees and Costs ("Joint Motion") [DE 116]. In the Joint Motion, the parties ask that I approve the proposed settlement agreement between Plaintiffs and Defendants. In support of the Joint Motion, the parties have filed their executed Stipulation of Settlement Agreement [DE 116-1] and two sworn declarations of Plaintiffs' counsel of record, Noah E. Storch, Esq. [DE 116-2; DE 119-1].

On April 5, 2023, I held a fairness hearing for the purpose of discussing the essential terms of the parties' proposed settlement agreements on the record. For the reasons stated on the record at the hearing, I find that the terms of the parties' Settlement Agreement represents a fair, adequate, and reasonable resolution of *bona fide* disputes over FLSA provisions between the parties. Additionally, for the reasons stated on the record, I find that Plaintiffs' requested attorney's fees

and costs—as negotiated by the parties and expressly memorialized in their settlement agreement—are reasonable and fair.

**ACCORDINGLY**, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Joint Motion for Approval of the Collective Action Settlement and Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees and Costs [DE 116] is **GRANTED**.

2. This case is **DISMISSED WITH PREJUDICE**.

3. I shall retain jurisdiction to enforce the Settlement Agreement through **OCTOBER 2, 2023.**

4. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 5th day of April, 2023.

_____
SHANIEK MILLS MAYNARD
U.S. MAGISTRATE JUDGE